```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )    1:06-CR-00212 OWW
              Plaintiff,         )
    vs.                          )
                                 )    ORDER EXONERATING BOND
ONESY CHANTHAVONG                )    AND FOR RETURN OF NOTES
                                 )    AND DEEDS OF TRUST
              Defendants.        )
_____)
```

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2006-0213245**
**Deed # 2006-0202379**

IT IS SO ORDERED.

Dated:   December 17, 2009            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE