**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.:  1:06CR00212-003 |
| v.            ) | |
| ) | |
| ONESY CHANTHAVONG   ) | |
| ) | |
| ) | |

On January 7, 2013, the above-named commenced Supervised Release for a period of 5 years. Supervision is scheduled to terminate on August 30, 2017.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant United States Attorney Laurel Montoya does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Sarah Kirk

**Sarah Kirk**
**United States Probation Officer**

Dated:   July 14, 2014
         Fresno, California
         SK

              /s/ Tim Mechem
**REVIEWED BY:**   **Tim Mechem**
                   **Supervising United States Probation Officer**

1

**Re:**   **ONESY CHANTHAVONG**
  Docket No:   1:06CR00212-003
  Report and Order Terminating Supervised Release
  <u>Prior to Original Expiration Date</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Onesy Chanthavong be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   August 5, 2014          _____
                                            SENIOR  DISTRICT  JUDGE